SCWC-13-0001719 and SCWC-13-0002367

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

VARDAN KAGRAMANY and AKOP TADEVOSOVICH CHANGRYAN,
Petitioners/Defendants-Appellants,

and

ARAIK DAVTYAN, Respondent/Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0001719 and CAAP-13-0002367; CR. NOS. 11-1-1226
and 11-1-0384)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Trader, in place of Wilson, J., recused)

Petitioners/Defendants-Appellants' applications for

writ of certiorari filed on November 19, 2015, are hereby

rejected.

DATED:  Honolulu, Hawai'i, December 30, 2015.

Jeffrey A. Hawk and
Richard H.S. Sing
for petitioners

Brandon H. Ito and
Sonja P. McCullen
for respondent
State of Hawai'i

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Rom A. Trader

